■ MICHAEL DOYLE et al., Appellants, v BARDEN AND ROBESON CORPORATION et al., Defendants, and PAUL J. GAME CONSTRUCTION et al., Respondents. (Appeal No. 1.) [828 NYS2d 226]—Appeal from an amended order of the Supreme Court, Niagara County (Erin M. Peradotto, J.), entered January 6, 2006 in a personal injury action. The amended order denied plaintiffs' motion for summary judgment and granted the motion of defendants Paul J. Game Construction and Paul J. Game for summary judgment dismissing the third amended complaint against them.

■ MICHAEL DOYLE et al., Appellants, v BARDEN AND ROBESON CORPORATION, Respondent, et al., Defendants. (Appeal No. 3.) [828 NYS2d 226]—Appeal from an amended order of the Supreme Court, Niagara County (Erin M. Peradotto, J.), entered January 20, 2006 in a personal injury action. The amended order denied plaintiffs' motion for summary judgment and granted the cross motion of defendant Barden and Robeson Corporation for summary judgment dismissing the third amended complaint against it.

It is hereby ordered that the amended order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Martoche, Centra, Fahey and Green, JJ.